UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHARLENE MORRIS, on behalf of herself and all others similarly situated,

                Plaintiff,

   v.

WELCH FOODS INC., A COOPERATIVE, and PIM BRANDS, INC.,

                Defendants.

------------------------------------------------------------------X

Case No. 6:24-cv-6385 (FPG)

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, through her undersigned counsel, hereby gives notice that this action is partially and voluntarily dismissed without prejudice solely as to defendant WELCH FOODS, INC., A COOPERATIVE.

Dated: July 22, 2024
       White Plains, New York

                            **DENLEA & CARTON LLP**

                      By: _____
                            Craig M. Cepler
                            Catherine H. Friesen
                            (*pro hac vice forthcoming*)
                            2 Westchester Park Drive, Suite 410
                            White Plains, New York 10604
                            Tel.: (914) 331-0100
                            Fax: (914) 331-0105
                            ccepler@denleacarton.com
                            cfriesen@denleacarton.com
                            *Attorneys for Plaintiff*