UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLENE MORRIS, on behalf of herself and all
others similarly situated,

                Plaintiff,

    v.

WELCH FOODS INC., A COOPERATIVE,
and PIM BRANDS, INC.,

                Defendants.

-----------------------------------------------------------------X

Case No. 6:24-cv-6385 (FPG)

**NOTICE OF PARTIAL**
**VOLUNTARY DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, through her undersigned counsel, hereby gives notice that this action is partially and voluntarily dismissed without prejudice solely as to defendant WELCH FOODS, INC., A COOPERATIVE.

Dated: July 22, 2024
       White Plains, New York

DENLEA & CARTON LLP

By: _____
Craig M. Cepler
Catherine H. Friesen
(*pro hac vice forthcoming*)
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Tel.: (914) 331-0100
Fax: (914) 331-0105
ccepler@denleacarton.com
cfriesen@denleacarton.com
*Attorneys for Plaintiff*

SO ORDERED THIS 24th DAY OF July 2024

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge