**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CHARLENE MORRIS, on behalf of herself and all others similarly situated,

                Plaintiff,                Case No. 6:24-cv-6385 (FPG)

  v.                               **NOTICE OF VOLUNTARY**
                                       **DISMISSAL**

PIM BRANDS, INC.,

                Defendant.

-------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Charlene Morris, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice as to Plaintiff and the putative class.

Dated: October 23, 2024
       White Plains, New York

                                              **DENLEA & CARTON LLP**

                             By: _____
                                      Craig M. Cepler
                                      Catherine H. Friesen
                                      2 Westchester Park Drive, Suite 410
                                      White Plains, New York 10604
                                      Tel.: (914) 331-0100
                                      Fax: (914) 331-0105
                                      ccepler@denleacarton.com
                                      cfriesen@denleacarton.com
                                      *Attorneys for Plaintiff*