UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHARLENE MORRIS, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

PIM BRANDS, INC.,

        Defendant.

----------------------------------------------------------------X

Case No. 6:24-cv-6385 (FPG)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Charlene Morris, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice as to Plaintiff and the putative class.

Dated: October 23, 2024
       White Plains, New York

**DENLEA & CARTON LLP**

By: _____
Craig M. Cepler
Catherine H. Friesen
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Tel.: (914) 331-0100
Fax: (914) 331-0105
ccepler@denleacarton.com
cfriesen@denleacarton.com
*Attorneys for Plaintiff*

SO ORDERED THIS ___ DAY OF ____ 20__

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge